AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Nebraska

| | |
|---|---|
| United States of America<br>v.<br><br>ANGEL HEREDIA-LINARES<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No.   8:26MJ300 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ June 24, 2026 _____ in the county of _____ Douglas _____ in the

_____ District of _____ Nebraska _____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 U.S.C. § 1326(a) & (b)(1) | Reentry of a Removed Alien after a Felony Conviction |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Anthony Gayden, Dep. Officer, ICE
*Printed name and title*

☐ Sworn to before me and signed in my presence.

☑ Sworn to before me by telephone or other reliable
electronic means.

Date: __7/10/2026_____

_____
*Judge's signature*

City and state:     Omaha, Nebraska     Ryan C. Carson, United States Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

IN THE MATTER OF INVESTIGATION )
OF ANGEL HEREDIA-LINARES ) AFFIDAVIT OF Anthony P. Gayden
)

I, Anthony P. Gayden, being first duly sworn, hereby states that:

## INTRODUCTION AND BACKGROUND

1. Your Affiant is a Deportation Officer for the United States Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), with over sixteen (16) years of federal law enforcement experience, duly appointed according to law and at the time of the events herein was acting in his official capacity.

2. Your Affiant was previously an Immigration Enforcement Agent within ICE that was promoted to a Deportation Officer in 2016. In that capacity your Affiant has had occasion to conduct numerous investigations relating to administrative and criminal violations of the Immigration and Nationality Act (INA).

3. Deportation Officers are empowered to interrogate and arrest with or without warrant, any person believed to be an alien in the United States in violation of law, pursuant to Section 287 of the INA, Title 8, United States Code, Section 1357. This Affidavit is based upon your Affiant's personal knowledge and information provided to him by other law enforcement officers involved in this investigation.

4. This Affidavit is made in support of a criminal complaint charging **Angel Heredia-Linares**, (hereafter "defendant") with a violation of Title 8, United States Code, Section 1326(a), reentry of removed aliens. This Affidavit is intended to show merely that there is sufficient

probable cause for the requested complaint and warrant and does not purport to set forth all of my knowledge or investigation into this matter.

## PROBABLE CAUSE

5. Angel Heredia-Linares, came to ICE officers' attention on June 24, 2026, after ICE officers conducting enforcement operations in Omaha, Nebraska received a request for assistance from Nebraska State Patrol (NSP) Trooper Kaleb Mayfield, a 287g certified NSP trooper.

6. On June 24, 2026, Trooper Mayfield, while on duty, stopped a silver 1999 Toyota 4Runner, bearing Nebraska license plate YLA887, after the 4Runner's driver failed to stop at a stop sign. Based on the vehicle's license plate number, Trooper Mayfield determined the 4Runner is registered to defendant.

7. During the traffic stop, Trooper Mayfield identified defendant as the 4Runner's driver, and developed reasonable suspicion that defendant was unlawfully present in the United States after defendant presented a foreign identification card to Trooper Mayfield during the traffic stop.

8. ICE officers arrived on scene to assist. An ICE officer positively identified defendant and interviewed him. Defendant indicated he was previously deported from the United States and did not have permission to be in the United States. A check of defendant's immigration records confirmed defendant is subject to a final order of removal signed by Immigration Judge in Kansas City, Missouri on February 1, 2006.

9. ICE officers arrested defendant and transported him to the Omaha ICE office for processing. At the ICE office, biometric checks of defendant's fingerprints confirmed his identity.

2

10. ICE officers scanned and submitted defendant's fingerprints into the FBI's Integrated Automated Fingerprint Identification System (IAFIS). The IAFIS system compared defendant's current fingerprint impressions to fingerprint impressions of persons previously arrested by DHS or other law enforcement agencies, which the IAFIS database maintains. This comparison revealed DHS previously arrested the defendant.

11. Based on the positive fingerprint match, your Affiant located defendant's unique alien registration file number, A 070 641 836.

12. Defendant's alien registration file contains photographs, fingerprints and immigration documents identifying defendant as a citizen and national of El Salvador. Defendant's alien registration file documents an Immigration Judge issued a final removal order on February 1, 2006, and defendant was physically removed from the United States to El Salvador on March 13, 2006.

13. You Affiant searched DHS databases and located no record that defendant applied for lawful entry or lawful admission into the United States.

14. Your Affiant reviewed defendant's criminal history and learned defendant was convicted of Aggravated Battery and Aggravated Assault, both felonies, in the District Court of Haskell County Kansas on October 7, 2005.

15. Based on your Affiant's investigation, there is probable cause to believe defendant was found in the United States after having been previously removed, after having been convicted of a felony offense, without the Attorney General of the United States or his designated successor, the Security of the Department of Homeland Security, having

expressly consented to defendant's reapplication for admission into the United States, in violation of Title 8 United States Code, Section 1326(a) and (b)(1).

Affiant states that all statements contained in this affidavit are true and correct to the best of his knowledge.

_____
Anthony P. Gayden, Deportation Officer
Immigration and Customs Enforcement

SUBSCRIBED and SWORN to before me by telephone or other reliable electronic means on this 10th day of July, 2026.

_____
HONORABLE RYAN C. CARSON
UNITED STATES MAGISTRATE JUDGE
District of Nebraska